# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 08, 2020

Ms. Rosemary Wummel Gardey
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. John Nelson Preston Jr.
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160

Re: Case No. 20-2022, *USA v. John Preston, Jr.*
Originating Case No. : 2:09-cr-20632-2

Dear Mr. Preston and Counsel,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 20-2022

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOHN NELSON PRESTON, JR.

    Defendant - Appellant

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

    **ENTERED PURSUANT TO RULE 45(a),**
    **RULES OF THE SIXTH CIRCUIT**
    Deborah S. Hunt, Clerk

Issued: December 08, 2020